# NO. 12-09-00138-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DAVID THOMAS,*<br>*APPELLANT* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to theft of property having a value of $1,500 or more but less than $20,000, a state jail felony. *See* TEX. PENAL CODE ANN. § 31.03(e)(4)(A) (Vernon Supp. 2008). The trial court sentenced Appellant to confinement for eighteen months. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d). The certification is signed by Appellant and indicates that Appellant had waived his right to counsel. Accordingly, the appeal is ***dismissed*** for want of jurisdiction.

Opinion delivered May 13, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)